IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DANIEL ERSPAMER,

    Petitioner,                    No. CIV S-05-0030 LKK DAD P

    vs.

ARNOLD SCHWARZENEGGER,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application. In addition, the court will direct the Clerk of the Court to serve a copy of this order on plaintiffs' counsel in <u>Valdivia v. Schwarzenegger</u>, Case No. CIV S-94-0671 LKK DAD since it may be determined that petitioner should be included as a member of the plaintiffs' class action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file a response to petitioner's application within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer

1

1  shall be accompanied by any and all transcripts or other documents relevant to the determination
2  of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases;
3          2. Petitioner's traverse, if any, shall be filed and served within thirty days of
4  service of an answer;
5          3. If the response to petitioner's application is a motion, petitioner's opposition or
6  statement of non-opposition shall be filed and served within thirty days of service of the motion,
7  and respondent's reply, if any, shall be filed within fifteen days thereafter; and
8          4. The Clerk of the Court shall serve a copy of this order together with a copy of
9  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves,
10 Senior Assistant Attorney General, and counsel in the Valdivia class action, Karen Kennard of
11 Bingham McCutcheon, Three Embarcadero Center, San Francisco, CA 94111.
12 DATED: November 7, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kf/4
ersp0030.100f

2